# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| Information stored by Google | ) ) ) |

FILED ____ LODGED
____ RECEIVED

Sep 24 2024

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Case No. 3:23-mj-05023

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____February 7, 2023_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____any U.S. Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____1/24/2022 at 1:48 pm_____

*Theresa L. Fricke*
*Judge's signature*

City and state:  Seattle, Washington

Theresa Fricke, U.S. Magistrate Judge
*Printed name and title*

USAO# 2022R01352

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>1/24/23    4 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Served via online portal

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/24/23

_____
*Executing officer's signature*

Samuel Wharton, Special Agent
*Printed name and title*

9/24/2024

# ATTACHMENT A

## <u>Description of Information to be Searched</u>

Identifying information for the following four SUBJECT DEVICES (Google Accounts),
pertaining to the case with Google Reference Number 28285386:

### Location 3 (200 North Pekin Road Woodland, Washington)

(1)    010101BD56354D7944778340B2CFEE63ABD6A2076E8178D5B0A8CC8EBC1
ABEBFE39DBF2EF96C37

For the following time period in Pacific Standard Time:

4:00 a.m. through 5:00 a.m. (PST) on November 18, 2022.

### Location 7 (8396 SE Sunnyside Road Clackamas, Oregon)

(2)    010101BD56354D5F5CEB3026ACBDA34AD51CCD61EFD87C8455B5FFFB7
CEBC8C07C4AAAB992A725

(3)    010101BD56354DAAC9695949E1D6BBB4DE8A8FCF409F99F650A0A0392A
D02F0FBCB8ABB689CD91

(4)    010101BD56354DCAF9370765033E319FBF69546D901796446D94EB41E7646
856757DEB2CBFA444

For the following time period in Pacific Standard Time:

12:30 a.m. to 1:10 a.m. (PST) on November 28, 2022.

# ATTACHMENT B

## Information to be Searched for and Seized

All the information associated with the SUBJECT DEVICES as described in Attachment A that constitutes evidence of violations Title 18, United States Code, Section 1366 (Destruction of Energy Facilities).

GOOGLE shall produce, for the SUBJECT DEVICES, the following:

The identifying subscriber information associated with the SUBJECT DEVICES and any associated Google accounts or services, including the International Mobile Equipment Identifier (IMEI), International Mobile Subscriber Identity (IMSI), internet protocol addresses, telephone numbers, mobile carrier codes, and e-mail addresses.

**Google is hereby ordered to disclose the above information to the government within fourteen (14) days of service of these warrants.**